J. Stephen Peek
(Nevada Bar No. 1758)
Erica C. Medley
(Nevada Bar No. 13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com

Tariq Mundiya (*pro hac vice* forthcoming)
Jeffrey B. Korn (*pro hac vice* forthcoming)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb (*pro hac vice* forthcoming)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

*Attorneys for Plaintiffs
Jysan Holding, LLC; and
Jusan Technologies Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiff,<br>v.<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption | **Case No.: 2:23-CV-00247**<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

agency ; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBEKOV, an individual,

　　　　　　　　　　Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiffs respectfully state:

1. Plaintiff Jysan Holding, LLC's ("Jysan Holding") sole owner is New Generation Foundation, Inc. ("NGF"), a Nevada nonprofit corporation.

2. Plaintiff Jusan Technologies Ltd.'s ("JTL") direct parent is Jysan Holding. Jysan Holding has a 96.96% direct ownership interest in JTL.

3. Pursuant to LR 7.1-1, the undersigned attorney of record for Plaintiffs certifies that in addition to the parties to this action and the entities listed in the foregoing paragraph, no other persons, associations of persons, firms, partnerships, or corporations have a direct, pecuniary interest in the outcome of this case.

///
///
///
///

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 16th day of February 2023

**HOLLAND & HART LLP**

/s/ *J. Stephen Peek*
J. Stephen Peek
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Tariq Mundiya
(*pro hac vice* forthcoming)
Jeffrey B. Korn
(*pro hac vice* forthcoming)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019

Michael J. Gottlieb
(*pro hac vice* forthcoming)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, NW
Washington, DC 20006

*Attorneys for Plaintiffs*
*Jysan Holding, LLC; and*
*Jusan Technologies Ltd.*

3