UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jysan Holding, LLC, et al.

Plaintiff(s),

vs.

Republic of Kazakhstan, et al.,

Defendant(s).

Case # 2:23-cv-00247-JAD-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Michael J. Gottlieb (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Willkie Farr & Gallagher LLP (firm name) with offices at 1875 K Street, N.W. (street address), Washington (city), District of Columbia (state), 20006-1238 (zip code), (202) 303-1442 (area code + telephone number), MGottlieb@willkie.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Jysan Holding, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 08/23/2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia Bar Association, New York State Bar Association, California Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF District of Columbia )
)
COUNTY OF ________________ )

Michael J. Gottlieb, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

15 day of February, 2023.

Notary Public or Clerk of Court

District of Columbia
Signed and sworn to (or affirmed) before me on 2/15/2023 by Michael J. Gottlieb
Date Name(s) of individual(s) making Statement
Signature of Notarial Officer
Willkie Farr & Gallagher
Title of Office
My commission expires: 11/14/2027

KASHA N. ADAMS NOTARY PUBLIC DISTRICT OF COLUMBIA MY COMMISSION EXPIRES 11/14/2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate J. Stephen Peek (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

9555 Hillwood Drive, 2nd Floor, (street address)

Las Vegas (city), Nevada (state), 89134 (zip code),

(702) 222-2544 (area code + telephone number), Speek@hollandhart.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) J. Stephen Peek as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*/s/ M. Ron Wahid*
(party's signature)

Jysan Holding, LLC - Managing Member
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ J. Stephen Peek*
Designated Resident Nevada Counsel's signature

1758 | speek@hollandhart.com
Bar number | Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 6/11/2007 | 974960 |
| District of Columbia Court of Appeals | 6/11/2007 | 974960 |
| State of New York | 8/23/2006 | 4424149 |
| State of New York, Appellate Division 3rd Judicial Department | 8/23/2006 | 4424149 |
| United States Supreme Court | 10/19/2009 | 273316 |
| United States Court of Appeals, D.C. Circuit | 9/4/2014 | 974960 |
| United States Court of Appeals, 1st Circuit | 1/28/2022 | 1202193 |
| United States Court of Appeals, 2nd Circuit | 1/22/2015 | N/A |
| United States Court of Appeal, 3rd Circuit | 4/18/2022 | N/A |
| United States Court of Appeals, 4th Circuit | 3/21/2017 | N/A |
| United States Court of Appeals, 5th Circuit | 2/3/2015 | N/A |
| United States Court of Appeals, 6th Circuit | 12/7/2006 | 6995 |
| United States Court of Appeals, 9th Circuit | 3/17/2017 | N/A |
| United States Court of Appeals, Federal Circuit | 10/1/2014 | N/A |
| United States District Court, District of Columbia | 10/6/2014 | 974960 |
| United States District Court, Western District of Texas | 7/13/2021 | N/A |
| United States District Court, Southern District of Florida | 1/19/2022 | N/A |
| United States District Court, Northern District of California | 2/22/2022 | N/A |
| United States District Court, Puerto Rico District | 4/13/2022 | N/A |
| Superior Court of California, Santa Clara | 3/14/2022 | N/A |




*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# ***Michael Gottlieb***

*was duly qualified and admitted on June 11, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 17, 2022.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***




*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Michael Julian Gottlieb*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 23, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.




In Witness Whereof, I have hereunto set my hand in the City of Albany on October 20, 2022.

Robert D Mayberger

Clerk of the Court

CertID-00088490




*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Robert D. Mayberger
Clerk of the Court

Revised January 2022

The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

November 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL J. GOTTLIEB, #261434 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 2008; that from the date of admission to June 18, 2009, he was an ACTIVE licensee of the State Bar of California; that on June 18, 2009, he transferred at his request to the INACTIVE status; that from that date to June 29, 2015, he was an INACTIVE licensee of the State Bar of California; that on June 29, 2015, he transferred at his request to the ACTIVE status; that from that date to December 11, 2015, he was an ACTIVE licensee of the State Bar of California; that on December 11, 2015, he transferred at his request to the INACTIVE status; that he has been since that date, and is at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

NOTE: *Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*