J. Stephen Peek (1758)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
ecmedley@hollandhart.com

Tariq Mundiya (*pro hac vice*)
Jeffrey B. Korn (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

*Attorneys for Plaintiffs
Jysan Holding, LLC; and
Jusan Technologies Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiffs,<br>v.<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption agency ; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF | Case No.: 2:23-CV-00247-JAD-VCF<br><br>**MOTION TO REISSUE SUMMONSES** |

1

| | |
|---|---|
| KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBEKOV, an individual, | |
| Defendants. | |

Plaintiffs Jysan Holding, LLC ("Jysan Holding") and Jusan Technologies Ltd. ("JTL") (collectively, "Plaintiffs"), in accordance with Fed. R. Civ. P. 4(j)(1) and 28 U.S.C. § 1608, hereby move to reissue summonses as to Defendants Republic of Kazakhstan, the Agency for Regulation and Development of the Financial Market of the Republic of Kazakhstan, the Anti-Corruption Agency of the Republic of Kazakhstan, the Financial Monitoring Agency of the Republic of Kazakhstan, and the Committee for National Security of Kazakhstan (collectively, "Foreign State Defendants"). This Motion to Reissue Summonses ("Motion") is based on the attached Memorandum of Points and Authorities and the exhibits attached thereto.

DATED this 24th day of February 2023.

                                            **HOLLAND & HART LLP**

                                            /s/ *J. Stephen Peek*
                                            J. Stephen Peek
                                            Erica C. Medley
                                            9555 Hillwood Drive, 2nd Floor
                                            Las Vegas, NV 89134

                                            Tariq Mundiya (*pro hac vice*)
                                            Jeffrey B. Korn (*pro hac vice*)
                                            **WILLKIE FARR & GALLAGHER LLP**
                                            787 Seventh Avenue
                                            New York, New York 10019

                                            Michael J. Gottlieb (*pro hac vice*)
                                            **WILLKIE FARR & GALLAGHER LLP**
                                            1875 K Street, NW
                                            Washington, DC 20006

                                            *Attorneys for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  INTRODUCTION

Plaintiffs move to reissue summonses as to the Foreign State Defendants to comply with the enlarged timeframe of 60 days, rather than 21 days, provided under 28 U.S.C. § 1608(d). Plaintiffs previously submitted—and the Clerk of Court issued—standard summons forms as to all Defendants. To cure any potential deficiencies with service, Plaintiffs respectfully request that the Court direct the Clerk of Court to reissue the summonses as to the five Foreign State Defendants.

### II.  FACTS AND PROCEDURAL HISTORY

On February 16, 2023, Plaintiffs filed their Complaint in this action. *See* ECF No. 1. Five of the nine Defendants are considered either "[a] foreign state or its political subdivision, agency, or instrumentality" under Fed. R. Civ. P. 4(j)(1). These Foreign State Defendants are the Republic of Kazakhstan, the Agency for Regulation and Development of the Financial Market of the Republic of Kazakhstan ("ARDFM"), the Anti-Corruption Agency of the Republic of Kazakhstan ("AARK"), the Financial Monitoring Agency of the Republic of Kazakhstan ("FMA"), and the Committee for National Security of Kazakhstan ("KNB"). *See* ECF No. 1, ¶¶ 13–17.

On February 21, 2023, Plaintiffs submitted to the Court proposed summonses to be issued to all Defendants using the standard form AO 440. *See* ECF No. 4. The next day, the Clerk of Court issued the summonses. *See* ECF No. 5. Thereafter, Plaintiffs discovered the potential confusion for the Foreign State Defendants if the summonses issued by the Clerk of Court listed a deadline of 21 days to respond to service of summons and complaint, despite 28 U.S.C. § 1608(d), which provides a period of 60 days. Upon further research, Plaintiffs discovered that some federal district courts, such as the Southern District of New York and the District of Columbia, have standard summons forms to comply with 28 U.S.C. § 1608. *See* **Exhibit A**. Accordingly, Plaintiffs file the instant Motion to Reissue Summonses to cure any potential defects with service on the Foreign State Defendants and have proposed summonses for the Foreign State Defendants. *See* **Exhibit B**.

### III. LEGAL ARGUMENT

Federal Rule of Civil Procedure 4(j)(1) requires that service upon "[a] foreign state or its political subdivision, agency, or instrumentality must" be done in accordance with 28 U.S.C. § 1608. Rather than the standard 21 days provided for in a summons in a civil action, 28 U.S.C. § 1608 requires that a foreign state and its political subdivisions, agencies, and instrumentalities receive 60 days to serve an answer or other responsive pleading to the complaint. *See* 28 U.S.C. § 1608(d).

Here, Plaintiffs request that the Court direct the Clerk of Court to reissue summonses as to the Foreign State Defendants to comply with the requirements of 28 U.S.C. § 1608(d). In furtherance of this request, Plaintiffs attach **Exhibit A**, which includes two examples of forms from other federal district courts specifically tailored for 28 U.S.C. § 1608 and **Exhibit B**, which comprises the proposed revised summonses for the District of Nevada and addressed to each of the Foreign State Defendants.

### IV. CONCLUSION

Plaintiffs respectfully request that the Court direct the Clerk of Court to reissue summonses as to the Foreign State Defendants, as proposed in Exhibit B.

DATED this 24th day of February 2023.

**HOLLAND & HART LLP**

/s/ *J. Stephen Peek*
J. Stephen Peek
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Tariq Mundiya (*pro hac vice*)
Jeffrey B. Korn (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019

Michael J. Gottlieb (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, NW
Washington, DC 20006

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

February 28, 2023
DATED _____

**INDEX OF EXHIBITS**

| Exhibit | Description | Page No. |
|---|---|---|
| A | Examples of Summons Under 28 U.S.C. § 1608 | 1 - 5 |
| B | Proposed Summonses to Be Reissued | 6 - 11 |

# EXHIBIT A

Examples of Summonses Under 28 U.S.C. § 1608

# EXHIBIT A

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| _____ ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*




    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*


Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

Ex. Page No. 2

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. _____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Ex. Page No. 3

28 USC 1608 Summons IH 6
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

|                          |   |                   |
|--------------------------|---|-------------------|
| _____   | ) |                   |
| Plaintiff                | ) |                   |
|                          | ) |                   |
| v.                       | ) | Civil Action No.  |
|                          | ) |                   |
| _____   | ) |                   |
| Defendant                | ) |                   |

SUMMONS IN A CIVIL ACTION

To:   (Defendant's name and address)




A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


**CLERK OF COURT**


Date: _____           _____
                                   Signature of Clerk or Deputy Clerk

Ex. Page No. 4

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☞ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☞ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☞ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☞ I returned the summons unexecuted because _____ ; or

☞ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT B

Proposed Summonses to Be Reissued for Foreign State Defendants

# EXHIBIT B

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD<br><br>*Plaintiff(s)*<br>v.<br><br>Republic of Kazakhstan et al.<br><br>*Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Republic of Kazakhstan
c/o Mukhtar Tileuberdi, Minister of Foreign Affairs
Ministry of Foreign Affairs of the Republic of Kazakhstan
31, D. Kunaev Street
Astana, 010000
Republic of Kazakhstan

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD<br>*Plaintiff(s)*<br>v.<br>Republic of Kazakhstan et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:23-CV-00247-JAD-VCF<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Agency for Regulation and Development of the Financial Market of the Republic of Kazakhstan
21, Koktem-3
Almaty, 050040
Republic of Kazakhstan


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD <br><br> *Plaintiff(s)* <br> v. <br><br> Republic of Kazakhstan et al. <br><br> *Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Anti-Corruption Agency of the Republic of Kazakhstan
37, Seifullin Street
Astana, 010000
Republic of Kazakhstan


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Ex. Page No. 9

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD <br> *Plaintiff(s)* <br> v. <br> Republic of Kazakhstan et al. <br> *Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Financial Monitoring Agency of the Republic of Kazakhstan
10, Beibitshilik Street
Astana, 010000
Republic of Kazakhstan


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stephen Peek            Tariq Mundiya                     Michael J. Gottlieb
> Erica C. Medley         Jeffrey B. Korn                   Willkie Farr & Gallagher LLP
> Holland & Hart LLP      Willkie Farr & Gallagher LLP      1875 K Street, NW
> 9555 Hillwood Dr., 2nd Fl.  787 Seventh Ave.              Washington, DC 20006
> Las Vegas, NV 89134     New York, NY 10019


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____               _____
                                            *Signature of Clerk or Deputy Clerk*

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD *Plaintiff(s)* <br><br> v. <br><br> Republic of Kazakhstan et al. *Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Committee for National Security of Kazakhstan
66, Syganak Street
Astana, 010000
Republic of Kazakhstan

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*