28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD<br>*Plaintiff(s)*<br>v.<br>Republic of Kazakhstan et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Republic of Kazakhstan
c/o Mukhtar Tileuberdi, Minister of Foreign Affairs
Ministry of Foreign Affairs of the Republic of Kazakhstan
31, D. Kunaev Street
Astana, 010000
Republic of Kazakhstan

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE: February 28, 2023

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD <br> *Plaintiff(s)* <br> v. <br> Republic of Kazakhstan et al. <br> *Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Agency for Regulation and Development of the Financial Market of the Republic of Kazakhstan
21, Koktem-3
Almaty, 050040
Republic of Kazakhstan

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
|---|---|---|
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE   February 28, 2023

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD <br><br> *Plaintiff(s)* <br> v. <br><br> Republic of Kazakhstan et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Anti-Corruption Agency of the Republic of Kazakhstan
37, Seifullin Street
Astana, 010000
Republic of Kazakhstan


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Stephen Peek | Tariq Mundiya | Michael J. Gottlieb |
| Erica C. Medley | Jeffrey B. Korn | Willkie Farr & Gallagher LLP |
| Holland & Hart LLP | Willkie Farr & Gallagher LLP | 1875 K Street, NW |
| 9555 Hillwood Dr., 2nd Fl. | 787 Seventh Ave. | Washington, DC 20006 |
| Las Vegas, NV 89134 | New York, NY 10019 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE   February 28, 2023

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD <br> *Plaintiff(s)* <br> v. <br> Republic of Kazakhstan et al. <br> *Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Financial Monitoring Agency of the Republic of Kazakhstan
10, Beibitshilik Street
Astana, 010000
Republic of Kazakhstan

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Stephen Peek <br> Erica C. Medley <br> Holland & Hart LLP <br> 9555 Hillwood Dr., 2nd Fl. <br> Las Vegas, NV 89134 | Tariq Mundiya <br> Jeffrey B. Korn <br> Willkie Farr & Gallagher LLP <br> 787 Seventh Ave. <br> New York, NY 10019 | Michael J. Gottlieb <br> Willkie Farr & Gallagher LLP <br> 1875 K Street, NW <br> Washington, DC 20006 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
(By) DEPUTY CLERK

DATE  February 28, 2023

28 U.S.C. 1608 - Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Jysan Holding, LLC; Jusan Technologies LTD<br><br>*Plaintiff(s)*<br>v.<br><br>Republic of Kazakhstan et al.<br><br>*Defendant(s)* | Civil Action No. 2:23-CV-00247-JAD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Committee for National Security of Kazakhstan
66, Syganak Street
Astana, 010000
Republic of Kazakhstan


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Stephen Peek<br>Erica C. Medley<br>Holland & Hart LLP<br>9555 Hillwood Dr., 2nd Fl.<br>Las Vegas, NV 89134 | Tariq Mundiya<br>Jeffrey B. Korn<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019 | Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, NW<br>Washington, DC 20006 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

DATE: February 28, 2023