MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

WHITE & CASE LLP
Michael Kendall (pro hac vice forthcoming)
Alexandra Gliga (pro hac vice forthcoming)
Dan Medici (pro hac vice forthcoming)
75 State Street
Boston, Massachusetts 02109
Tel: (617) 979-9300 / Fax: (617) 979-9301
michael.kendall@whitecase.com
alexandra.gliga@whitecase.com
dan.medici@whitecase.com

*Counsel for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>   Plaintiff,<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption agency; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBELOV, an individual, | Case No.: 2:23-cv-00247-JAD-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Defendants.

The undersigned, attorneys of record for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov, certifies that in addition to the parties to this action, no other known persons, associations of persons, firms, partnerships, or corporations have a direct, pecuniary interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED April 13, 2023.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135

WHITE & CASE LLP
Michael Kendall (*pro hac vice* forthcoming)
Alexandra Gliga (*pro hac vice* forthcoming)
Dan Medici (*pro hac vice* forthcoming)
75 State Street
Boston, Massachusetts 02109

*Counsel for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov*

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on April 13, 2023, I served a true and correct copy of **CERTIFICATE OF INTERESTED PARTIES** via electronic mail to all persons registered to receive service in this action through the United States District Court's CM/ECF system.

*/s/ Lisa Heller*
An Employee of McNutt Law Firm, P.C.