J. Stephen Peek
(Nevada Bar No. 1758)
Erica C. Medley
(Nevada Bar No. 13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com

Tariq Mundiya (admitted *pro hac vice*)
Jeffrey B. Korn (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

*Attorneys for Plaintiffs
Jysan Holding, LLC; and
Jusan Technologies Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption | **Case No. 2:23-cv-00247-JAD-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (First Request)**<br><br>ECF Nos. 23, 25 |

agency ; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBEKOV, an individual,

                Defendants.

Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov (the "Government Official Defendants") filed a Motion to Dismiss the Complaint on April 13, 2023 (ECF No. 23). The current deadline for Plaintiffs Jysan Holding, LLC and Jusan Technologies Ltd ("Plaintiffs") to respond to the Motion to Dismiss is April 27, 2023.

Plaintiffs require additional time to respond to the Motion in light of the complexity of the issues involved.  Plaintiffs and the Government Official Defendants have conferred and reached agreement on an extension of Plaintiffs' time to respond. This is the first stipulation for extension of time to respond to the Motion.

**IT IS HEREBY  STIPULATED AND AGREED** that Plaintiffs' time to respond to the Government Official Defendants' Motion to Dismiss is extended to and including **May 4, 2023.**

DATED this 21st day of April, 2023.

| McNUTT LAW FIRM, P.C. | HOLLAND & HART LLP |
|---|---|
| /s/ Dan McNutt | /s/ J. Stephen Peek |
| Daniel R. McNutt, Bar No. 7815<br>11441 Allerton Park Drive, #100<br>Las Vegas, Nevada  89135 | J. Stephen Peek, Bar No. 1758<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| *Counsel for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov* | *Attorneys for Plaintiffs Jysan Holding, LLC; and Jusan Technologies Ltd.* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
April 24, 2023