J. Stephen Peek
(Nevada Bar No. 1758)
Erica C. Medley
(Nevada Bar No. 13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com

Tariq Mundiya (admitted *pro hac vice*)
Jeffrey B. Korn (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

*Attorneys for Plaintiffs*
*Jysan Holding, LLC; and*
*Jusan Technologies Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiff,<br>v.<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan | **Case No. 2:23-cv-00247-JAD-VCF**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OR AMEND THE COMPLAINT**<br>**(Second Request)** |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134
702-222-2500

1

Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption agency; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBEKOV, an individual,

Defendants.

Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov (the "Government Official Defendants") filed a Motion to Dismiss the Complaint on April 13, 2023 (ECF No. 23). Pursuant to the Court's Order of April 24, 2023 (ECF No. 26), the current deadline for Plaintiffs Jysan Holding, LLC and Jusan Technologies Ltd ("Plaintiffs") to respond to the Motion to Dismiss is May 4, 2023. Under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs' deadline to amend the complaint as a matter of course is May 4, 2023.

Plaintiffs require additional time to respond to the Motion and consider an amendment to the Complaint in light of the complexity of the issues involved. Plaintiffs and the Government Official Defendants have conferred and reached agreement on an extension of each deadline. This is the second stipulation for extension of time to respond to the Motion and the first stipulation for extension of time to amend the Complaint under Fed. R. Civ. P. 15(a)(1)(B).

///
///
///
///
///

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' time to respond to the Government Official Defendants' Motion to Dismiss or to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) is extended to and including **June 5, 2023.**

DATED this 2nd day of May, 2023.

| MCNUTT LAW FIRM, P.C. | HOLLAND & HART LLP |
|---|---|
| */s/ Daniel R. McNutt* | */s/ J. Stephen Peek* |
| Daniel R. McNutt, Esq., Bar No. 7815 | J. Stephen Peek, Esq., Bar No. 1758 |
| 11441 Allerton Park Drive, #100 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, NV 89135 | Las Vegas, NV 89134 |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Case No.: 2:23-cv-00247-JAD-VCF

21407389_v1

3