MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

WHITE & CASE LLP
Michael Kendall (pro hac vice forthcoming)
Alexandra Gliga (pro hac vice forthcoming)
Dan Medici (pro hac vice forthcoming)
75 State Street
Boston, Massachusetts 02109
Tel: (617) 979-9300 / Fax: (617) 979-9301
michael.kendall@whitecase.com
alexandra.gliga@whitecase.com
dan.medici@whitecase.com
*Counsel for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiff,<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption agency; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBELOV, an individual,<br><br>Defendants. | Case No.: 2:23-cv-00247-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |

1

**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**

Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov filed a Motion to Dismiss on April 13, 2023. ECF No. 23. On that date, the Court ordered the parties to submit a Discovery Plan and Scheduling Order by May 28, 2023.[1] *Id.*, Text Entry.

The parties require additional time to meet and confer and develop a proposed Discovery Plan and Scheduling Order given that Plaintiffs may file an amended complaint on or before June 5, 2023 and given that service on all parties is not complete. The parties have conferred and reached agreement to seek the Court's leave for a 30-day extension of the May 28, 2023, deadline. This is the first stipulation for an extension of time to propose a Discovery Plan and Scheduling Order.

**IT IS HEREBY STIPULATED AND AGREED** that the parties' time to submit a proposed Discovery Plan and Scheduling Order is extended to and including **June 26, 2023.**

SO STIPULATED on May 30, 2023.

| | |
|---|---|
| MCNUTT LAW FIRM, P.C. | HOLLAND AND HART, LLP |
| */s/ Dan McNutt* | */s/ J. Stephen Peek* |
| Dan McNutt, Esq. (Bar No. 7815) | J. Stephen Peek, Esq. (Bar No. 1758) |
| Matt Wolf, Esq. (Bar No. 10801) | 9555 Hillwood Run Drive, Second Floor |
| 11441 Allerton Park Drive, Suite 100 | Las Vegas, Nevada 89134 |
| Las Vegas, Nevada 89135 | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov* | |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-2-2023

---

[1] May 28, 2023, is a Sunday, and the following day is a federal holiday.