J. Stephen Peek
(Nevada Bar No. 1758)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com

Tariq Mundiya (admitted *pro hac vice*)
Jeffrey B. Korn (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
tmundiya@willkie.com
jkorn@willkie.com

Michael J. Gottlieb (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

*Attorneys for Plaintiffs*
*Jysan Holding, LLC; and*
*Jusan Technologies Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JYSAN HOLDING, LLC, a Nevada Limited Liability Company; JUSAN TECHNOLOGIES LTD, an England and Wales Limited Company;<br><br>Plaintiff,<br>v.<br><br>REPUBLIC OF KAZAKHSTAN, a foreign sovereign state; THE AGENCY FOR REGULATION AND DEVELOPMENT OF THE FINANCIAL MARKET OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government agency; THE ANTI-CORRUPTION AGENCY OF THE REPUBLIC OF KAZAKHSTAN, a Kazakhstan Government anti-corruption agency ; THE FINANCIAL MONITORING AGENCY OF THE REPUBLIC OF | **Case No. 2:23-cv-00247-JAD-VCF**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER (Second Request) AND TO RESPOND TO MOTION TO DISMISS OR AMEND THE COMPLAINT**<br>**(Fourth Request)**<br><br>ECF Nos. 34, 35 |

1

KAZAKHSTAN, a Kazakhstan Government agency; THE COMMITTEE FOR NATIONAL SECURITY OF KAZAKHSTAN, a Kazakhstan Government intelligence agency; MADINA ABYLKASSYMOVA, an individual; OLZHAS KIZATOV, an individual; ARMAN OMARBEKOV, an individual; and ADILBEK DZHAKSYBEKOV, an individual,

                Defendants.

Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov (the "Government Official Defendants") filed a Motion to Dismiss the Complaint on April 13, 2023 (ECF No. 23). Pursuant to the Court's Order of June 2, 2023, the current deadline for the parties to submit a proposed Discovery Plan and Scheduling Order is June 26, 2023 (ECF No. 31). Pursuant to the Court's Order of June 2, 2023, the current deadline for Plaintiffs Jysan Holding, LLC and Jusan Technologies Ltd. ("Plaintiffs") to respond to the Motion to Dismiss or to amend the Complaint is July 5, 2023 (ECF No. 33).

The parties are attempting to reach a resolution of this matter and require additional time to achieve such resolution. The parties have conferred and reached agreement on a 60-day extension of each deadline. This is the second stipulation for an extension of time to submit a Discovery Plan and Scheduling Order, the fourth extension of time to respond to the Government Official Defendants' Motion to Dismiss, and the third extension of time to amend the Complaint under Fed. R. Civ. P. 15(a)(1)(B).

**IT IS HEREBY STIPULATED AND AGREED** that the parties' time to submit a proposed Discovery Plan and Scheduling Order is extended to and including **August 25, 2023**, and Plaintiffs' time to respond to the Government Official Defendants' Motion to Dismiss or amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) is extended to and including **September 5, 2023**[1].

---

[1] September 3, 2023, is a Sunday, and the following day is a federal holiday.

2

DATED this 26th day of June, 2023.

| **McNutt Law Firm, P.C.** | **Holland & Hart LLP** |
|---|---|
| /s/ *Daniel R. McNutt* | /s/ *J. Stephen Peek* |
| Daniel R. McNutt, Bar No. 7815 | J. Stephen Peek, Bar No. 1758 |
| 11441 Allerton Park Drive, #100 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89134 |
| *Counsel for Defendants Madina Abylkassymova, Olzhas Kizatov, and Arman Omarbekov* | *Counsel for Plaintiffs Jysan Holding, LLC; and Jusan Technologies Ltd.* |

## ORDER

**Based on the parties' stipulation [ECF Nos. 34, 35] and with good cause appearing, IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/27/23

3